UNITED STATES DISTRICT COURT
SOUTHEASTERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| BRIDGET T. MATHEUS, Individually and as the Legal Representative of the Estate of HOWARD DAVID MATHEUS, SR., DECEASED<br><br>Plaintiff(s),<br>vs.<br><br>GEORGIA PACIFIC CORPORATION, et al.,<br><br>Defendants. | CIVIL ACTION NO.: CV206-155-AAA |

## ORDER

This cause coming to be heard on Plaintiff's Motion to Voluntarily Dismiss Defendant Foster Wheeler Energy Corporation With Prejudice, and for good cause shown, it is hereby ordered that each and every of Plaintiffs' claims against Foster Wheeler Energy Corporation ("Foster Wheeler") and only Foster Wheeler is hereby **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

This _11_ day of July, 2006.

_____
THE HONORABLE ANTHONY A. ALAIMO
Judge, United States District Court
Southern District of Georgia