UNITED STATES DISTRICT COURT
SOUTHEASTERN DISTRICT OF GEORGIA
Brunswick Division

| | |
|---|---|
| BRIDGET T. MATHEUS, Individually and as the Legal Representative of the Estate of HOWARD DAVID MATHEUS, SR., DECEASED | ) ) ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) CIVIL ACTION NO.: CV206-155-AAA ) ) |
| GEORGIA PACIFIC CORPORATION, ET AL. | ) ) ) |
| Defendants. | ) ) ) |

**ORDER TO REMAND TO STATE COURT OF GLYNN COUNTY, GEORGIA**

N. Calhoun Anderson, Jr., Esquire, on behalf of the Plaintiff, and Ivan A. Gustufson, Esquire, on behalf of Foster Wheeler Energy Corporation, having filed a Motion to Remand to State Court of Glynn County, Georgia in the above-captioned matter.

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand to State Court is hereby GRANTED.

SO ORDERED this 11th day of July, 2006.

The Honorable Anthony A. Alaimo
Judge, United States District Court
Southern District of Georgia